IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAUL AGUIRRE,

    Petitioner,

v.

R. WERLINGER, WARDEN,
FCI-OXFORD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-148-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Saul Aguirre for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction because petitioner does not fit within the savings clause found in 28 U.S.C. § 2255(e).

_Peter Oppeneer_      1/15/13
Peter Oppeneer, Clerk of Court      Date